# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>A SILVER & WHITE, APPLE IPHONE 6<br>ASSIGNED NUMBER 516-425-0224 | )<br>)<br>)<br>)<br>)<br>) | Case No. |

MJ 19- 869

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 27 2019 ★

LONG ISLAND OFFICE

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____New York_____ *(identify the person or describe the property to be searched and give its location)*:

PLEASE SEE "ATTACHMENT A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

PLEASE SEE "ATTACHMENT B"

**YOU ARE COMMANDED** to execute this warrant on or before _____October 10, 2019_____ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Duty Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     *9/27/19 @ 4 pm*          _____
                                                                                    *Judge's signature*

City and state:     Central Islip, New York          Hon. A. Kathleen Tomlinson     U.S.M.J.
                                                                    *Printed name and title*

RECEIVED
IN OFFICE OF
SECRETARY OF WYO.

## Return

| Case No.: MJ 19-869 | Date and time warrant executed: 9/27/19 4:00 PM | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of :

N/A - Search of an iPhone (previously secured) done by Suffolk County Police Dep. - Electronic Crimes Unit.

Inventory of the property taken and name of any person(s) seized:

Electronic evidence includes
- Logs, Records, Reports of
    - Contacts
    - Phone Calls
    - Chats, SMS, MMS
    - Images
    - Audio files, etc.

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT. 16 2019 ★

LONG ISLAND OFFICE

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 16/16/2019

_____
*Executing officer's signature*

IRS-CI Special Agent David Dejanie
*Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

A SILVER & WHITE APPLE IPHONE 6 ASSIGNED NUMBER 516-425-0224, IMEI: 359309060188473 AND UTILILIZED AND SEIZED FROM DEFENDANT LORRAINE SUE PILITZ ("DEVICE")

This warrant authorizes the forensic examination of DEVICE for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

## Particular Things to be Seized

All information obtained from DEVICE #1 will be maintained by the government for the purpose of authentication and any potential discovery obligations in any related prosecution. The information shall be reviewed by the government only for the purpose of identifying and seizing all information described below that constitutes fruits, evidence and instrumentalities of a conspiracy to launder money, in violation of Title 26, United States Code, Sections 7201(1), 7212(a) and Title 31, United States Code, Section 5324.

All records and information on the DEVICE described in Attachment A, including names and telephone numbers, as well as the contents of all call logs, contact lists, text messages, emails (including those sent, received, deleted and drafted), instant messages, photographs, videos, Facebook posts, Internet activity (including browser history, web page logs, and search terms entered by the user), and other electronic media constituting evidence, fruits or instrumentalities of a conspiracy to launder money, in violation of Title 26, United States Code, Sections 7201(1), 7212(a) and Title 31, United States Code, Section 5324 including:

1.  Evidence of user attribution showing who used or owned the DEVICE at the time the things described in this warrant were created, edited, or deleted, such as, for example, logs, phonebooks, saved usernames and passwords, documents, and browsing history;

2.  Evidence of software that would allow others to control the DEVICE, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

3.  Evidence of the lack of such malicious software;

4.  Evidence of the attachment to the DEVICE of other storage DEVICEs or similar containers for electronic evidence;

5.  Evidence of counter forensic programs (and associated data) that are designed to eliminate data from the DEVICE;

6.  Evidence of the times the DEVICE was used;

7.  Passwords, encryption keys, and other access DEVICEs that may be necessary to access the DEVICE; and

8.  Contextual information necessary to understand the evidence described in this attachment, all of which constitute evidence, fruits and instrumentalities of a conspiracy to launder money, or violations of Title 26, United States Code, Sections 7201(1), 7212(a) and Title 31, United States Code, Section 5324.