

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NB:BTR
F. #2016R01560

*610 Federal Plaza*
*Central Islip, New York 11722*

February 6, 2020

By ECF

Kevin Keating, Esq.
666 Old Country Road
Garden City, NY 11530

    Re: United States v. Lorraine Pilitz
       Criminal Docket No. 17-053 (S-1) (ADS);

       In Re Silver iPhone 6
       Magistrate Judge No. 19-869 (AKT)

Dear Mr. Keating:

   In connection with our discovery production last week concerning the search of the iPhone 6, please be advised there was an error in paragraph 10 of the search warrant affidavit referenced above. The affidavit erroneously referenced unlocking the device through limited licenses obtained from Apple, this was an error. Software from a third party vendor was used to access the iPhone 6.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

    By: _____
        Burton Ryan
        Assistant U.S. Attorney
        (631) 715-7853